UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  24CR00337-W |
| Plaintiff, | ) ORDER GRANTING JOINT<br>) MOTION TO CONTINUE |
| v. | ) |
| ZAVION ISAIAH KINTE SUMNER and<br>MEKHAI DUPREE CLARK, | ) |
| Defendant | ) |

IT IS HEREBY ORDERED that the joint motion to continue is granted.  The Motion Setting set for March 11, 2024 is vacated and a Status Hearing is set for April 15, 2024, at 9:00 a.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D),(7).

IT IS SO ORDERED.

Dated: ___3/6/24___                    _____
                                                   HONORABLE THOMAS J. WHELAN
                                                   UNITED STATES DISTRICT JUDGE